**MASSOUD & PASHKOFF, LLP**
Attorneys At Law

950 Third Avenue, Suite 901
New York, NY 10022
Tel. (212) 257-1816

Lisa Pashkoff, Esq.
E-Mail: lpashkoff@maspaslaw.com
Direct Dial: (212) 365-5570

**VIA CM/ECF**

September 20, 2021

Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Norris v. Untuckit, LLC, et al.
             Case No. 21-cv-04423-JMF

Honorable Judge Furman:

Our firm represents the Defendant, Untuckit, LLC ("Untuckit"), in the above-referenced action.

This matter is presently scheduled for Initial Pre-Trial Conference on September 27, 2021, at 3:30 p.m. Once before, the Court on its own adjourned this Conference – from September 20 to September 27 – upon our firm's initial appearance in the case (*see*, Memo Endorsement of August 20, 2021; ECF Doc. No. 20).

I submit this letter-motion pursuant to Rule 1(F) of Your Honor's Individual Rules and Practices, for purposes of requesting a 30-day adjournment of the upcoming September 27th Conference. I have conferred with Plaintiff's counsel, B. Bradley Weitz, Esq., who has consented to same.

The basis for our request for adjournment is the fact that Plaintiff filed an Amended Complaint on September 19, 2020, which adds an entity known as Soho Development Corp. as a defendant in the action. *See,* ECF Doc. No. 25. I do not believe that said defendant has yet been served with process in the case, but in any event has not yet appeared herein. Additionally, as the Amended Complaint was only filed yesterday, no defendant has yet had the opportunity to answer or move against same. In light of the foregoing, we believe the interests of both the Court and the parties would best be served by adjourning this matter for a period of 30 days, so as to allow for participation by all named parties and, by extension, a more inclusive and productive Pre-Trial Conference.

Other than setting a date for Pre-Trial Conference, we do not believe that there have been any other deadlines set by the Court in this matter which would be affected by the instant request. Likewise,

Honorable Judge Jesse M. Furman
September 20, 2021
Page 2

aside from the scheduled September 27, 2021 Conference, there are no future court appearances presently scheduled in this matter.

We await the Court's advice, and thank you for your time and consideration of this matter.

Respectfully,

Lisa Pashkoff

cc:   All Parties (via ECF/e-filing)
      Soho Development Corp. (via regular mail)

> Application GRANTED. The initial pretrial conference currently scheduled for September 27, 2021, *see* ECF No. 20, is hereby adjourned to **October 26, 2021,** at **3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 27.
>
> SO ORDERED.
>
> September 20, 2021

**MASSOUD & PASHKOFF, LLP**
Attorneys At Law