# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd.,<br>
Suite 214<br>
Aventura, Florida 33160

October 21, 2021

**VIA CM/ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square – Courtroom 1105
New York, NY 10007

     **Re:**  **Norris v. Untuckit, LLC, et al.**
        **Case 1:21-cv-04423-JMF**

Dear Judge Furman:

  The Initial Pretrial Conference in this matter was currently scheduled for October 26, 2021, at 3:00 p.m., in your Honor's Courtroom. However, this matter is in the middle of Mediation and counsel for Soho Development Corp., Steven a Kirkpatrick, Esq. has only recently made an appearance in the case.

  Therefore, it is hereby respectfully requested that this Conference and/or submission of the Case Management Plan and Scheduling Order be adjourned for 30 days in order to allow for this matter to proceed through the mediation process for potential resolution, while conserving further attorney's fees and costs.

  The undersigned counsel has conferred with counsel for the Defendants, who consent to the filing of this motion.

  This Court may wish to take notice that this is Plaintiff's first request for adjournment of this Conference. Thank you for your attention to this request.

              Sincerely,

              By: /S/ B. Bradley Weitz
                B. Bradley Weitz, Esq.
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile: (305) 704-3877
                Email: bbw@weitzfirm.com

Application GRANTED. The initial pretrial conference currently scheduled for October 26, 2021, *see* ECF No. 28, is hereby adjourned to **November 30, 2021,** at **3:45 p.m.** The Clerk of Court is directed to terminate ECF No. 35.

  SO ORDERED.

*[Signature]*

October 22, 2021